UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**

DEC 10 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

Jonathan Lee Riches©,
Plaintiff

Civil No: 2:07cv2653 LEW DAD (PC)

v.

No Child Left Behind Act; Margaret Spellings d/b/a U.S. Secretary of Education; Senate Health, Education, Labor, and Pensions committee,
Defendants

**Complaint**

"THE Government Left me behind the Gates of FCI Williamsburg"

Comes Now the plaintiff, Jonathan Lee Riches, in pro-se, Moves under 42 USC 1983, racial discrimination, neglect. I want a Education. FCI Williamsburg has no Education Books in Solitary Confinement. I'm only subjected to old paperback westerns. Defendants left me behind from peers my age. The United Negro College Fund wont Answer my letters for a transfer to Morehouse College to do prison time. Felons are forbidden from getting college grants. This is discrimination Against my will to learn. When I was a child, the short bus left me behind, and put its exhaust to my face, thats why we have Global warming. Rescue teams left me behind at Columbine in the S.Lvin Learning center department. FCI Williamsburg will not provide me with a dictionary to write this Lawsuit. I've been in Solitary Confinement so long I can't count the days, I don't even know what country this is because if it's America, why do they allow people to be in Solitary without windows, cold showers, cold vent air, rotten food, no medical care. I seek Education, I seek wisdom. I have potential, the government said I took millions of dollars in Identity theft money, but when I try to work at a bank, the bank of America says I have no Education. Alot of Ironies.

Jonathan Lee Riches©
#40948-018
FCI Williamsburg
P.O. Box 340
Salters, S.C. 29590
843-387-9400

Respectfully
Submitted _____
Jonathan Lee Riches©

(PC)Riches v. No Child Left Behind Act et al    Doc. 1