IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JONATHAN LEE RICHES,

      Plaintiff,                      No. CIV S-07-2653 LEW DAD P

     vs.

NO CHILD LEFT BEHIND ACT, et al.,

      Defendants.            <u>ORDER</u>

/

      Plaintiff, a federal prisoner in South Carolina, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

      On December 18, 2007, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty days. Plaintiff has not filed objections to the findings and recommendations.

      The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

/////

1. The findings and recommendations filed December 18, 2007, are adopted in full; and

2. This action is dismissed.

Date: February 4, 2008

*Ronald S.W. Lew*

———————————————————

HONORABLE RONALD S.W. LEW

Senior, U.S. District Court Judge