IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JONATHAN LEE RICHES,

        Plaintiff,                      No. CIV S-07-2653 LEW DAD P

     vs.

NO CHILD LEFT BEHIND ACT, et al.,

        Defendants.               <u>ORDER</u>

        /

        Plaintiff, a federal prisoner in South Carolina, filed this civil rights action seeking relief under 42 U.S.C. § 1983.

        In his complaint, plaintiff named as defendants Margaret Spellings, the former U.S. Secretary of Education and the No Child Left Behind Act. Plaintiff alleged that the defendants left him behind. On December 18, 2007, the magistrate judge filed findings and recommendations, recommending dismissal of this action as frivolous. The magistrate judge found that plaintiff failed to show that the Eastern District of California was an appropriate venue for this action, <u>see</u> 28 U.S.C. § 1391 et. seq., or that his claim was cognizable, 28 U.S.C. § 1330 et. seq. On February 5, 2008, the undersigned adopted the findings and recommendations in full and dismissed this action.

/////

1

| | |
|---|---|
| 1 | On January 13, 2009, plaintiff filed a frivolous motion for reconsideration, |
| 2 | alleging that the undersigned has a conflict of interest and should recuse himself from this case. |
| 3 | Plaintiff has not identified any legitimate conflict of interest or provided any valid reason for the |
| 4 | undersigned to recuse himself.  Accordingly, plaintiff's motion will be denied.  In addition, |
| 5 | plaintiff is advised that this civil rights action was closed on February 5, 2008.  Any further |
| 6 | documents filed by plaintiff will be disregarded and no orders will issue in response to future |
| 7 | filings. |
| 8 | Accordingly, IT IS HEREBY ORDERED that plaintiff's January 13, 2009 motion |
| 9 | for reconsideration (Doc. No. 6) is denied. |
| 10 | DATED: March 25, 2009 |

*[Signature: Ronald S.W. Lew]*

HONORABLE RONALD S.W. LEW
Senior, US. District Court Judge

rich2653.800(2)